AO 93 (Rev. 12/09) Search and Seizure Warrant

U.S. COURTS
MAY 24 2012
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

U.S. COURTS
MAY 23 2012
Filed_____Time 10:55
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
for the
District of Idaho

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ · 12 · 7292 · CWD
Other World Gallery, 108 South 11th Street, Boise, ID; and, )
Crystal and Thomas Blumke res: 101 Crestview Drive, )
Horseshoe Bend, ID. )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Idaho _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachments A and B.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment C.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     May 14, 2012
                                                                  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
     Candy W. Dale                              .
         *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                 ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   May 9, 2012
                        6:02 p.m.                    _____
                                                          Judge's signature

City and state:   Boise, Idaho                       Candy W. Dale, Chief United States Magistrate Judge
                                                          *Printed name and title*

12

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> MS12-7292-CWD | Date and time warrant executed: <br> 5/10/2012   6:00 am | Copy of warrant and inventory left with: <br> Crystal Blumke |
| Inventory made in the presence of: <br> John Aldine | | |
| Inventory of the property taken and name of any person(s) seized: <br> See attached | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned with the original warrant to the designated judge.

Date:  05-22-2012

_Executing officer's signature_

Special Agent Niles Gooding
_Printed name and title_

Reviewed by: _[signature]_
Candy W. Dale
Chief, United States Magistrate Judge

Date: 5/24/2012

# Exhibit A

**OTHER WORLD GALLERY – 108 South 11th Street, Boise, Idaho**

This business is located in a business complex on the 100 block of South 11th Street in Boise, Idaho. The complex is positioned on the east side of 11th Street and the main entrance faces west toward the street. The business is positioned between the address of 106 South 11th and the alley which runs east and west. The front entrance is a glass door with metal framing and the numbers 108 are prominently displayed in gold lettering on this front door. There are three large glass windows to the right of the front door when facing it with three smaller windows above the larger ones. The words "OTHER WORLD GALLERY" are displayed in these smaller windows in green and yellow lettering. There is also a smaller elevated window to the left of the front door when facing it.



Exhibit A

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Tom Blumke<br>108 S. 11th Boise | FILE TITLE | |
| | DATE 5-10-12 | |

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 2 | Glass smoking devices | Evidence |
| 1 | Glass smoking pipe | " " |
| 7 | Glass smoking pipe | " " |
| 8 | Hookas | " " |
| 50 | "El Cheapo" 10g bottles | " " |
| 159 | "K4 XXX Gang" potpourri 3g | " " |
| 3 | Notebooks | " " |
| 35 | "Love Roses" glass pipes | " " |
| 1 | Thumb drive | " " |
| — | Misc. Papers | " " |
| 118 | Glass smoking devices | " " |
| 2 | Glass bongs | " " |
| 1 | Smoking pipe | " " |
| 1 | T-shirt | " " |
| 4 | Glass smoking devices - Broken | " " |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
J. Aldne SA

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Tony Phillips Boise Police

FORM DEA-12 (9-00) Previous editions obsolete           Electronic Form Version Designed in JetForm 5.2 Version

# Exhibit B

**101 CRESTVIEW - HORSESHOE BEND, IDAHO**

**Crystal and Thomas Blumke Residence – owners of OTHER WORLD GALLERY**

This is a multi-story, single family dwelling of frame construction and tan in color with green trim. The exterior of the residence appears to be constructed of tan colored stucco with a red colored asphalt shingle roof. On the main portion of the residence sits a "crow's nest" type of structure with glass windows. The residence sits at the end of a gravel driveway, off of Crestview to the north, with 101 displayed on a wooden post at the entrance of the driveway. On the north side of the house is a very open large garage, with no garage door, similar to an airplane hangar. There were no numbers observed on the residence.





Exhibit B

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Thomas Blumke
101 Crestview Dr.
Horseshoe Bend, ID

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 05-10-12

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Shipping box cont. misc papers, spice pkgs, liquid bottles, small pipe keychains, misc paraphernalia | Evidence |
| 1 | Toshiba PSLE8U laptop computer w/ charger | " " |
| 1 | Verizon 4GLTE device + charger | " " |
| 1 | Misc documents | " " |
| 5 | Glass smoking pipes | " " |
| | Misc papers | |
| 1 | FedEx pkg containing 2 "Chronic" pkgs + lab test | " " |
| 1 | Black bag containing papers | " " |
| — | Misc. papers | " " |

RECEIVED BY (Signature) [signature]

NAME AND TITLE (Print or Type) J. Alwine SA

WITNESSED BY (Signature) [signature]

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

1 of 2

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Thomas Blumke
101 Crestview Dr.

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE   5-10-12

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| ~~1~~ | Misc. powders, rolling papers | Evidence |
| 1 | Shipping box containing multiple packs of "K4 XXX Gang" | " " |
| 1 | "Closet Cultivator" book | " " |
| 1 ~~$EA~~ | "Compaq" Presario 2200 laptop computer | " " |
| 1 | Box containing "K4" packets | " " |
| 1 | Glass smoking pipe w/in purple bag - Broken | " " |
| — | Misc. glass smoking pipes w/ residue | " " |
| 1 | Verizon/Motorola cellular phone | " " |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
J Ahrns SA

WITNESSED BY (Signature)
DW Rogers 2710

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

2 of 2